UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF OMNI MARINE TRANSPORTATION, INC., AS OWNER OF THE M/V DOUGLAS, ITS ENGINES, TACKLE, APPURTENANCES, FURNITURE, ETC. PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO.<br><br>SECTION:<br><br>JUDGE:<br><br>MAGISTRATE |

## VERIFICATION

Warren O. Waguespack, Sr. verifies and declares pursuant to 28 U.S.C. § 1746 as follows:

1. I am a resident of ██████, Louisiana, over 18 years of age and fully competent to make this Verification;

2. I am the operations manager of Omni Marine Transportation, Inc. and have personal knowledge of the facts set forth in the foregoing Complaint of Omni Marine Transportation, Inc., owner and operator of the M/V DOUGLAS, its engines, tackle, appurtenances, furniture, etc. Praying for Exoneration from or Limitation of Liability;

3. I have read the foregoing Complaint and all facts set forth therein, and according to my information and belief, all the facts set forth therein are true and correct.

4. The sources of my information and the grounds of my belief are my personal knowledge, as well as information and documentation furnished to me in my capacity as operations manager of Omni Marine Transportation, Inc.

The undersigned declares under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on February 27 2023 in Harvey, Louisiana.

*/s/ Warren O. Waguespack, Sr.*
Warren O. Waguespack, Sr