UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF OMNI MARINE TRANSPORTATION, INC., AS OWNER OF THE M/V DOUGLAS, ITS ENGINES, TACKLE, APPURTENANCES, FURNITURE, ETC. PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO.<br><br>SECTION: JUDGE:<br><br>MAGISTRATE: |

### DECLARATION OF VALUE PURSUANT TO 28 USC § 1746

I, GEORGE L. BECK, JR., do hereby declare:

1. My name is George L. Beck, Jr., and I am citizen and resident of the State of Louisiana, of majority and have personal knowledge of the facts set forth in this declaration.

2. I am a certified marine surveyor and appraiser and am familiar with the Fair Market Value of the push boat, M/V DOUGLAS at the time of the incident.

3. The Fair Market Value of the M/V DOUGLAS, based on my research considering the Cost Approach, Sales Comparison Approach, and the Income Approach, and utilizing the Cost Approach, after the incident on 6 September 2021, was USD $279,000.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct,

Metairie, Louisiana, this 27th day of February 2023

*[Seal: NATIONAL ASSOCIATION OF MARINE SURVEYORS — NAMSGLOBAL — George L. Beck, Jr. — NAMS-CMS 118-1079 — CERTIFIED MARINE SURVEYOR]*

*/s/ George L. Beck, Jr.*

George L. Beck, Jr,