

5151 San Felipe, Suite 200
Houston, TX 77056
t: (713) 470-1460

To the Honorable Judges of
the United States District
Court Eastern District of
Louisiana

Re: In the Matter of the Complaint of Omni Marine Transportation, Inc., Owner and Operator of the M/V DOUGLAS, its Engines, Tackle, Appurtenances, Furniture, etc. Praying for Exoneration from or Limitation of Liability

Starr Indemnity & Liability Company, primary P&I underwriters on policy number MASHIHNW000077820 issued to Omni Marine Transportation, Inc., as Owner and Operator of the M/V DOUGLAS, with a policy period of 4.30.2020 through 10.29.2021, as security in the above captioned matter now pending in the United States District Court for the Eastern District of Louisiana, hereby agrees that:

1. In the event a final decree (after all appeals, if any) is entered in favor of the claimants against the Petitioner, Omni Marine Transportation, Inc., as owner and operator of the M/V DOUGLAS for the alleged personal injury and or resulting death of Jarred Scott caused in connection with a certain incident occurring on or about September 6, 2021, while on the navigable waters of the Mississippi River, then the undersigned Protection and Indemnity Primary Underwriter agrees to pay and satisfy the said final decree up to $279,000 USD or any lesser amount decreed by the Court or settled between the parties without final decree being rendered less any applicable deductible, Annual Aggregate Deductible, costs and expenses which would reduce the limit available for settlement and subject to all terms of the policy of indemnity insurance issued to Omni Marine Transportation, Inc.

2. Nothing contained in paragraph (1), however, is intended to prohibit Petitioner from filing a bond in form and sufficiency of surety satisfactory to this Court in an amount up $279,000 USD, together with interest at six percent (6%) to satisfy all statutory requirements in said action described in paragraph (1) above on behalf of the owner of M/V DOUGLAS.



5151 San Felipe, Suite 200
Houston, TX 77056
t: (713) 470-1460

3. In the event the bond referred to in paragraph (2) above is filed, the undersigned primary Protection and Indemnity Underwriters shall have no further obligation under paragraph (1) above.

4. This agreement and undertaking shall be governed by the laws of this Court. Starr Indemnity & Liability Company, as primary underwriter ("Primary Protection and Indemnity Underwriters") hereby consent to be sued on this agreement and undertaking in this Court and submits itself to the jurisdiction of this Court on this letter only and for no other purpose. Service of process in any action on this agreement and undertaking may be made on the Protection and Indemnity Underwriter by service upon Duncan & Sevin, L.L.C. Law Firm, its attorneys-in-fact, or by registered mail, return receipt requested. The appointment of Duncan & Sevin, L.L.C., as agent for the service of process is strictly limited to this agreement and undertaking, and in no way is to be considered a general appointment in any other respect. Final judgment, after all appeals, which may be entered against the Protection and Indemnity Underwriters, shall be conclusive and may be enforced in any jurisdiction where the Protection and Indemnity Underwriter or its assets may be found. In any suit on any such final judgment, after all appeals, a certified or exemplified copy of such judgment shall be conclusive evidence of the fact of the amount due under such judgment.

Very truly yours,

*Dave Fitzgerald*

Global Chief Claims Officer

Starr Indemnity & Liability Company