**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN THE MATTER OF THE COMPLAINT OF OMNI MARINE TRANSPORTATION, INC., AS OWNER OF THE M/V DOUGLAS, ITS ENGINES, TACKLE, APPURTENANCES, FURNITURE, ETC. PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY** | **CIVIL ACTION NO.**<br><br>**SECTION:**<br><br>**JUDGE:**<br><br>**MAGISTRATE:** |

**REQUEST FOR ORDER APPROVING PETITIONER'S DECLARATION OF VALUE, LETTERS OF UNDERTAKING AND DIRECTING THE ISSUANCE OF NOTICE AND <u>RESTRAINING PROSECUTION OF CLAIMS</u>**

A Verified Complaint for Exoneration from or Limitation of Liability having been filed by Petitioners-in-Limitation, Omni Marine Transportation, L.L.C., as owner of the M/V DOUGLAS, for the voyage in question, and pursuant to 46 U.S.C. §30501, *et seq.* and Rule F of the Supplemental Rules for Admiralty or Maritime Claims of the Federal Rules of Civil Procedure for the alleged personal injury and/or death of Jarred Scott which occurred on or about September 6, 2021, as more fully described in the Complaint, and Petitioner having deposited a letter of undertaking with the Court and the Complaint having stated that the value of the M/V DOUGLAS immediately after the alleged incident and at the end of said voyage did not exceed TWO HUNDRED AND SEVENTY-NINE THOUSAND DOLLARS AND 00/100 ($279,000) U.S. DOLLARS, as set forth in the Complaint and as per the referenced Declaration of Value of the M/V DOUGLAS by certified marine surveyor and appraiser, George Beck.

And Omni Marine Transportation, Inc., Inc. having deposited with the Court as security for the benefit of the claimants, Letters of Undertaking, executed by Starr Insurance Company all as required by the rules of this Court and the law;

**NOW, THEREFORE**, on motion of Kelley A. Sevin (#25871) and Elton F. Duncan, III (#14967) of Duncan & Sevin, L.L.C., attorneys for Petitioner:

**IT IS ORDERED** that the above-described Letters of Undertaking, executed by Starr Insurance Company with the Court for the benefit of claimants in the sum of TWO HUNDRED AND SEVENTY-NINE THOUSAND DOLLARS AND 00/100 ($279,000) U.S. DOLLARS and interest at 6% per annum is hereby **ACCEPTED** and **APPROVED**.

**IT IS FURTHER ORDERED** that the Court, upon demand and/or motion supported by appropriate evidence, shall cause due appraisement of such value and may thereupon order the said security increased or reduced if it finds the amount thereof insufficient or excessive; and upon demand, the Court may similarly order such increased or reduction if it finds that such an order is necessary to carry out the provisions of 46 U.S.C. § 30505, as amended.

**IT IS FURTHER ORDERED** that a notice issue out of and under the seal of this Court advising and admonishing all persons asserting claims for any and all losses or damages allegedly resulting from or incident to the occurrences and happenings recited in the Complaint, to file their respective claims with the Clerk of Court at the United States Courthouse, C151 Hale Boggs Federal Bldg., 500 Poydras St., New Orleans, Louisiana 70130, on or before the ___ day of _____, 2023, and serve on Petitioner's attorneys, Kelley A. Sevin (#25871) and Elton F. Duncan, III (#14967) of Duncan & Sevin, L.L.C. of Duncan & Sevin, L.L.C., 5500 Prytania St. #537, New Orleans, LA 70115, a copy thereof, and require any claimant who desires to contest

Petitioner's right to exoneration from or right to limitation of liability to file and serve an answer to the Complaint, unless his claim has included an answer;

**IT IS FURTHER ORDERED** that publication of the aforesaid notice in the form required by Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims contained in the Federal Rules of Civil Procedure being published in a newspaper of general circulation, namely, THE ADVOCATE/TIMES-PICAYUNE, once a week for four successive weeks prior to the date fixed for the filing of claims will be published by counsel for Petitioner;

**IT IS FURTHER ORDERED** that the commencement or further prosecution of any action or proceeding against the Petitioner, their sureties, their underwriters and insurers, or any of their property with respect to any claims for which Petitioner seek limitation of liability herein, including any claim arising out of or incident to or connected with the alleged personal injury and/or death of Jarred Scott which occurred on or about September 6, 2021, as more fully described in the Complaint, as described in the Complaint, be and the same is hereby stayed and restrained until the hearing and determination of this proceeding.

3

**IT IS FURTHER ORDERED** that Petitioner, no later than the second day of publication of the notice ordered herein, shall mail or by hand a copy of the notice to every claimant known to have made a claim against the M/V DOUGLAS, or against the Petitioner arising out of the injury and/or death of Jarred Scott as described in the Complaint in accordance with Rule F of the Supplemental Rules for Admiralty or Maritime Claims of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that service of this Order as a restraining order may be made through the United States Post Office by mailing a conformed copy thereof to the person or persons to be restrained, or to their respective attorneys, or alternatively, delivered by hand.

Signed this day _____ of _____, 2023.


_____

UNITED STATES DISTRICT JUDGE