UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF OMNI MARINE TRANSPORTATION, INC., AS OWNER OF THE M/V DOUGLAS, ITS ENGINES, TACKLE, APPURTENANCES, FURNITURE, ETC. PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO.: <br><br> SECTION: <br><br> JUDGE: <br><br> MAGISTRATE: |

## NOTICE TO CLAIMANTS OF
## COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

NOTICE is hereby given that Omni Marine Transportation, Inc., a Louisiana Limited Liability Company ("Omni Marine"), as owner of the M/V DOUGLAS at the time of the alleged incident, has filed a Complaint, pursuant to 46 U.S.C. §30501, *et seq.*, claiming the right to exoneration from and/or limitation of liability for all claims, demands or liens, allegedly resulting from or arising out of any alleged incident which occurred on or about September 6, 2021 involving Jarred Scott.

All persons asserting claims with respect to which the Complaint seeks exoneration from or limitation of liability are advised and admonished to file their respective claims with the Clerk of Court at the United States Courthouse, C151 Hale Boggs Federal Bldg., 500 Poydras St., New Orleans, Louisiana 70130, and must serve a copy thereof on counsel for Petitioner, Elton F. Duncan, III and Kelley A. Sevin, of the firm of Duncan & Sevin, L.L.C. 5500 Prytania Street, #537, New Orleans, La 70115, on or before the _____ day of _____, 2023, or be forever defaulted.

Any claimant desiring to contest either the right to exoneration from and/or the right to limitation of liability shall file and serve an answer, all as required by Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims contained in the Federal Rules of Civil Procedure.

Personal attendance is not required.

New Orleans, Louisiana, this _____ day of _____, 2023.

_____
CLERK OF COURT

**PETITIONER TO PUBLISH:**
Once a week for four successive weeks
prior to the date fixed for filing of claims
in the New Orleans Advocate.

2